B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **William Charles Italio**     Case No. **3:11-bk-31673**

Debtor(s)     Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **GE Money Bank** | **Describe Property Securing Debt:** <br> **Car enclosed trailer** |

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain **Paid by Third Party** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** <br> **Nationwide Advantage Mtg** | **Describe Property Securing Debt:** <br> **House & land located at 3331 Johnson Rd., Knoxville, TN 37931 (Debt of approximately $97,000.00 only in name of non-filing wife, (Nationwide Advantage)** |

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain **Debt in Non-Filing Wife's name** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt    ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Sheffield Financial** | **Describe Property Securing Debt:**<br>**Front Steer Lawn Mower** |

Property will be (check one):
 ☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt   ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Vericrest Financial** | **Describe Property Securing Debt:**<br>**Motorhome** |

Property will be (check one):
 ☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain **Paid by Insurance** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt   ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☐ NO |

B8 (Form 8) (12/08) Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **2/25/2014**　　　　　　　　　　Signature **/s/ William Charles Italio**
　　　　　　　　　　　　　　　　　　　　　　　**William Charles Italio**
　　　　　　　　　　　　　　　　　　　　　　　Debtor

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **WILLIAM CHARLES ITALIO** | ) | **CASE NO: 11-31673** |
| | ) | |
| **Debtor** | ) | **Ch. 7** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the attached Statement of Intentions has been sent via Electronic Case Filing (ECF) and / or has been forwarded by United States Postal Service, postage pre-paid to the following:

**United States Trustee**                                                    **(ECF)**
**Office of the United States Trustee**
**31 East 11th Street, 4th Floor**
**Chattanooga, TN 37402**

**Chapter 7 Trustee**                                                         **(ECF)**

**GE Money Bank**
**P.O. Box 530912**
**Altanta, GA 30353-0912**

**Nationwide Advantage Mortgage**
**P.O. Box 91900**
**Des Moines, IA 50391**

**Sheffield Financial**
**P.O. Box 580229**
**Charlotte, NC 28258**

**Vericrest Financial**
**fka CIT Group**
**715 S. Metropolitan Ave.**
**Oklahoma City, OK 73108-2090**

**Dated: 2/25/2014**　　　　　　　　　　　　　　　　/s/ Richard M. Mayer, #5534
　　　　　　　　　　　　　　　　　　　　　　　　/s/ John P. Newton, #010817
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtors
　　　　　　　　　　　　　　　　　　　　　　　　1111 Northshore Drive
　　　　　　　　　　　　　　　　　　　　　　　　STE S-570
　　　　　　　　　　　　　　　　　　　　　　　　Knoxville, TN  37919
　　　　　　　　　　　　　　　　　　　　　　　　(865) 588-5111
　　　　　　　　　　　　　　　　　　　　　　　　mayerandnewton@mayerandnewton.com